# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:22-CR-00125 |
| | § | |
| JAMES WALKER WATSON, JR. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that Spence D. Graham of Vinas & Graham, hereby enters his appearance as counsel for defendant, JAMES WALKER WATSON, JR. Please serve a copy of all correspondence and pleadings related to this case at the address below.

Respectfully submitted,

**VINAS & GRAHAM, PLLC**
1210 W. Clay Street, Ste. 12
Houston, TX 77019
Tel: (713) 229-9992
Fax: (713) 229-9996

By: /s/ Spence D. Graham
Spence D. Graham
State Bar No. 24036665
graham_spence@sbcglobal.net

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was served upon the U.S. Attorney's Office via CM/ECF on this date: **July 12, 2022**.

/s/ Spence D. Graham
Spence D. Graham