IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:22-CR-00125 |
| | § | |
| JAMES WALKER WATSON, JR. | § | |

**DEFENDANT'S MOTION FOR CONTINUANCE
OF ARRAIGNMENT HEARING**

COMES NOW Defendant James Walker Watson, Jr., by and through undersigned counsel, moves this Court to continue the arraignment hearing in this matter scheduled for August 2, 2022. In support thereof, he would show the following:

**I.**

The Indictment charges the Defendant with three counts of Wire Fraud in violation of Title 18 U.S.C. 1343.

**II.**

The time period alleged in the indictment spans from on or about 2016, and continuing through the present. The criminal conduct charged is alleged to have occurred in the Eastern District of Texas, and elsewhere.

**III.**

On August 1, 2022, Counsel for Defendant learned that this matter was scheduled for an arraignment hearing on August 2, 2022, at 10:00am. Due to a scheduling conflict, Counsel kindly requests a continuance to the following day, August 3, 2022. Counsel for Defendant attempted to confer with counsel for the Government, Brent Lloyd Andrus, however, Mr. Andrus was not available.

THEREFORE, for the foregoing reasons, the Defendant James Walker Watson, Jr. respectfully requests this Court to continue his arraignment hearing to August 3, 2022.

        Respectfully submitted,

        /s/ Spence D. Graham

        _____

        Spence D. Graham
        TBN 24036665
        1210 W. Clay Street, Ste. 12
        Houston, Texas 77019
        Tel (713) 229-9992
        Fax (713) 229-9996
        Email: graham_spence@sbcglobal.net
        Attorney for Defendant

## CERTIFICATE OF SERVICE & CONFERENCE

I, Spence D. Graham, do hereby certify that on this August 1, 2022, a copy of the foregoing Motion was served by ECF service to counsel of record and their position on this motion is as follows:

    Brent Lloyd Andrus [ ] (Unknown) U.S. Attorney's Office

        /s/ Spence D. Graham
        _____
        Spence D. Graham