# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION NO. 4:22-CR-125- |
| | § ALM-CAN-5 |
| JAMES WALKER WATSON, JR. | § |

## ORDER

Pending before the Court is Defendant James Walker Watson, Jr.'s Motion for Rehearing of Detention and Request for Pretrial Release [Dkt. 19]. The Government is opposed to the request [Dkt. 19 at 12]. After Defendant's arrest in the Middle District of Florida, Defendant was detained after a full evidentiary detention hearing [Dkt. 4]. The instant Motion does not cite the applicable legal standard (or any grounds supporting same) and/or any applicable legal authority to reopen or for reconsideration of detention, and therefore, the Court finds no basis for granting the Motion at present. Accordingly,

It is therefore **ORDERED** that Defendant James Walker Watson, Jr.'s pending Motion for Rehearing of Detention and Request for Pretrial Release [Dkt. 19] is **DENIED** without prejudice to refiling. Defendant shall refile any properly supported amended request, if at all, no later than ***Friday, October 28, 2022.***

**IT IS SO ORDERED.**

**SIGNED** this 14th day of October, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE