# Defense Exhibit 2

```
 1            THE COURT:  All right.
 2   BY MR. COHEN:
 3   Q    Can you look at Page 3.  That's Chapter 13.
 4        It references threats to Mr. Patel, but it looks like
 5   financial threats, not violent threats, correct?
 6   A    That's correct.
 7        Mr. Patel said that early on -- well, there was also
 8   physical threats.  But early on the threat was if you don't
 9   provide me additional money, then all of your money will be
10   lost.
11   Q    Okay.  The physical threats, were those put into the
12   Indictment?
13   A    I --
14   Q    That you're aware of.
15   A    Not that I'm aware of.
16            [redacted]
17            [redacted]
18            [redacted]
19            [redacted]
20            [redacted]
21            [redacted]
22            [redacted]
23            [redacted]
24            [redacted]
25            [redacted]
```

```
 1   A    [redacted]
 2   Q    [redacted]
 3   A    [redacted]
 4   Q    [redacted]
 5        [redacted]
 6        [redacted]
 7   A    [redacted]
 8   Q    [redacted]
 9        [redacted]
10   A    [redacted]
11   Q    [redacted]
12        [redacted]
13   A    [redacted]
14   Q    [redacted]
15   A    [redacted]
16   Q    [redacted]
17        [redacted]
18   A    [redacted]
19   Q    Okay.  As far as -- and you read the Indictment out of
20        Texas, correct?
21   A    I did.
22   Q    And when you're talking about Mr. Patel and threats,
23        on page -- I don't know if you have the Indictment in front
24        of you.  I can --
25             MR. COHEN:  Can I give him my copy, Your Honor?
```