# Defense Exhibit 3

= Gmail

Q allen.cox@acronin.com

Compose

Inbox 1,452
Starred
Snoozed
Important

38 of many

Point made

Allen Cox <allen.cox@acronin.com>
to John

Sat, Aug 14, 2021, 1:51 AM

Sof, pj and cct brotherhood. You need to know this. I can put the dogs on him and forget the money he owes me. It's coming to that time soon. Break contact very soon for your own well being. Not fucking around