IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § | CASE NO. 4:22CR125 |
| JAMES WALKER WATSON, JR. | § | |

### ORDER

On October 28, 2022, Defendant James Walker Watson, Jr. filed Defendant's First Amended Motion for Rehearing of Detention and Request for Pretrial Release [Dkt. #21]. The Government shall file a response to the Defendant's Motion no later than *5:00 p.m. on Tuesday, November 15, 2022,* or notify the Court that there is no opposition. Any reply to the Government's response must be filed by *5:00 p.m. on November 18, 2022*.

**IT IS SO ORDERED**.
SIGNED this 1st day of November, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page 1