IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR125 |
| | § | Judge Mazzant |
| JAMES WALKER WATSON, JR. | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **James Walker Watson, Jr.**, and the Government have entered into an agreement.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/ _____
BRENT L. ANDRUS
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 509 1201
Facsimile: (972) 509 1209
Brent.Andrus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on April 5, 2023.

/s/ _____
BRENT L. ANDRUS