IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR125 |
| | § | Judge Mazzant |
| JAMES WALKER WATSON, JR. | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count Two of the Indictment with a violation of 18 U.S.C. § 1343, Wire Fraud.  The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of these sections are:

1. That the defendant knowingly devised or intended to devise any scheme to defraud, that is, the scheme to defraud described in the Indictment;

2. That the scheme to defraud employed false material representations, or false material pretenses, or false material promises;

3. That the defendant transmitted or caused to be transmitted by way of wire communications, in interstate commerce, any writing, or sign, or signal, for the purpose of executing such scheme; and

4. That the defendant acted with a specific intent to defraud.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

 /s/_____
BRENT L. ANDRUS
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 509 1201
Facsimile: (972) 509 1209
Brent.Andrus@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 5, 2023.

___/s/_____
BRENT L. ANDRUS